UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LOUISE MARCHESE,

    Plaintiff,

v.                                    Case No.  3:15cv215-MCR/EMT

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 9, 2015. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss, ECF No. 15, is **GRANTED** on the ground that Plaintiff seeks relief against a non-existent entity, but that the Amended Complaint, ECF Nos. 9, 20, be **DISMISSED WITHOUT PREJUDICE** to Plaintiff's filing a second amended complaint naming a suable entity.

3. Plaintiff's Motion for Summary Judgment, ECF Nos. 17, 21, is **DENIED**.

4. This matter is referred to the assigned magistrate judge for issuance of an order establishing a deadline for Plaintiff to file a second amended complaint against a suable entity.

**DONE AND ORDERED** this 8th day of January, 2016.

  s/ *M. Casey Rodgers*  
**M. CASEY RODGERS**  
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv215-MCR/EMT